UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE HAPPY HOUR TAVERN, LLC a Michigan Limited Liability Company, AND TILSMAN DALE HOLBROOK, Individually,<br><br>Defendant. | No. 2:14-cv-11693-GCS-DRG<br>Hon. George Caram Steeh<br>Hon. David R. Grand, referral |

## ORDER ALLOWING ALTERNATE SERVICE OF THE SUMMONS AND COMPLAINT UPON ALL DEFENDANTS

This matter is before the court on the Plaintiff's *Ex Parte* Motion for an Order Allowing Alternate Service of the Summons and Complaint upon All Defendants. The Court has reviewed the Motion, Brief in Support, and the exhibits supplied with the Motion, and is satisfied that the Motion should be granted. The Court finds that service upon The Happy Hour Tavern, LLC, and Tilsman Dale Holbrook, cannot reasonably be made as provided in F.R.Civ.P. 4 or MCR 2.105 and service of process may be made in a manner that is reasonably calculated to

give the defendant actual notice of the proceedings and an opportunity to be heard. Now therefore

IT IS HEREBY ORDERED that Service of the Summons and Complaint and a copy of this order shall be made by the following methods:

1. First-class mail to The Happy Hour Tavern, LLC and Tilsman Dale Holbrook, at 4639 7th Ecorse, MI 48229; and

2. Certified mail, without a return receipt or restricted delivery requirement to The Happy Hour Tavern, LLC and Tilsman Dale Holbrook, at 4639 7th Ecorse, MI 48229; and

3. Tacking or firmly affixing to the door at 4639 7th Ecorse, MI 48229;

IT IS FURTHER ORDERED that for each method used, proof of service must be filed promptly with the court.

IT IS FURTHER ORDERED that compliance with this Order will constitute service upon both defendants.

Date: August 11, 2014                         s/George Caram Steeh
                                              Hon. George Caram Steeh
                                              United States District Judge