UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

| | |
|---|---|
| JOE HAND PROMOTIONS, INC. <br> Plaintiff, <br><br> v. <br><br> THE HAPPY HOUR TAVERN, LLC a Michigan Limited Liability Company, AND TILSMAN DALE HOLBROOK, Individually, Jointly and Severally, <br> Defendants. | No. 2:14-cv-11693-GCS-DRG <br> Hon. George Caram Steeh <br> Hon. David R. Grand, referral |

### DEFAULT JUDGMENT AGAINST THE HAPPY HOUR TAVERN, LLC, AND TILSMAN DALE HOLBROOK

This matter is before the court on Plaintiff, Joe Hand Promotions, Inc.'s Motion for Entry of Default Judgment, which is brought by and through its attorneys pursuant to Fed.R.Civ.P. 55(b)(2). A hearing was held on the Motion in open court on 01/13/2015, at which the court placed its findings of fact and conclusion of law on the record. The court reviewed the documentary and other exhibits attached to the motion, and considered both the nature of the violation in light of the statutory scheme involved and the particular circumstances concerning the defendants' actions. The court is satisfied that the motion should be GRANTED. Now, therefore,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff, Joe Hand Promotions, Inc. and against the defendants, The Happy Hour Tavern, LLC and Tilsman Dale Holbrook, jointly and severally, in the amount of $6,529.04, which is computed as:

1. statutory damages in the amount of $950.00, trebled, totaling $2,850.00; and

2. attorney fees and costs in the amount of $3,679.04 pursuant to 47 U.S.C. 605(e)(3)(B)(iii).

IT IS FURTHER ORDERED AND ADJUDGED that unless and until this judgment is satisfied in full, any outstanding balance owing to the judgment creditor shall accrue judgment interest at the applicable judgment interest rate, calculated from the date of filing the complaint.

SO ORDERED.

Date: January 13, 2015                    s/George Caram Steeh
                                          Hon. George Caram Steeh
                                          United States District Judge